

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                  01-14-00341-CV

Style:                         Demarsenese Cage

                               **v** The Methodist Hospital

Date motion filed[*]:          September 19, 2014

Type of motion:               Motion to extend time to file the brief

Party filing motion:          Appellant

Document to be filed:         Appellant's brief

Is appeal accelerated?        No

If motion to extend time:

    Original due date:          September 15, 2014

    Number of prior extensions:  0                    Current Due date:  September 15, 2014

    Date Requested:             N/A

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:

        ☐    The Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

    **Appellant moves the Court to "accept as filed the brief that Appellant prematurely filed on July 7, 2014." We grant the motion. We further order that appellee's brief, if any, be filed no later than 30 days from the date of this order.**

Judge's signature: /s/ Sherry Radack
        ☒ Acting individually

Date:  September 25, 2014

November 7, 2008 Revision